United States Courts
Southern District of Texas
FILED

*March 12, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| v. | | CRIMINAL NUMBER |
| SANTOS GUERRERO | | **4:26-cr-133** |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE
### (Bald and Golden Eagle Protection Act – 16 U.S.C. § 668(a))

On or about October 11, 2024, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

SANTOS GUERRERO,

without being permitted to do so, did knowingly and with wanton disregard for the consequences of his actions, take, possess, and transport, a bald eagle, commonly known as the American eagle, that is by shooting, wounding, and killing.

In violation of Title 16, United States Code, Section 668(a).

NOTICE OF FORFEITURE

Pursuant to Title 16, United States Code, Section 668b(b) and Title 28, United States Code, Section 2461(c), as a result of the commission of a violation of Title 18, United States Code, Section 668 alleged in Count One of the Information, notice is given to the defendant,

SANTOS GUERRERO,

that all firearms, ammunition, bald eagles, or parts, involved in or used in the

commission of such violations are subject to forfeiture.


JOHN G. E. MARCK
ACTING UNITED STATES ATTORNEY


By: _____
LIESEL ROSCHER
Assistant United States Attorney