USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED

*March 12, 2026*

Nathan Ochsner, Clerk of Court

No. **4:26-cr-133**

**HOUSTON DIVISION**

USAO Number: 2025R12092

Magistrate Number:

CRIMINAL INFORMATION

Filed  03/12/2026    Judge: **Ellison**

UNITED STATES of AMERICA

vs

SANTOS GUERRERO

**ATTORNEYS:**

| | | Appt'd | Private |
|---|---|---|---|
| **John G.E. Marck, Acting USA** | **(713) 567-9000** | ☐ | ☐ |
| Liesel Roscher, AUSA | (713) 567-9000 | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Ct. 1: Violation of the Bald and Golden Eagle Protection Act [16 U.S.C. § 668(a)]

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

PENALTY:  Ct. 1:   Not more than 1 year of imprisonment and or a fine up to $100,000, and not more than 1 year SRT, $25 SA

☐ In Jail

☐ On Bond

XX No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: