United States Courts
Southern District of Texas
FILED

*March 12, 2026*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**4:26-cr-133**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO._____** |
| | § | |
| **SANTOS GUERRERO** | § | |
| | § | |

### REQUEST FOR ISSUANCE OF SUMMONS

COMES NOW the United States of America, by and through John G.E. Marck, Acting United States Attorney, and Liesel Roscher, Assistant United States Attorney for the Southern District of Texas, and requests this Honorable Court to order issuance of a SUMMONS for defendant

**SANTOS GUERRERO**.

A Criminal Information has been filed against the defendant, and it is requested that a summons be issued for the appearance of the defendant, by providing service to his attorney at the following address:

**Luis Baez
Houston Criminal Defense Attorneys PLLC
310 Main, Ste 201
Houston, Texas 77002
713-304-9166**
luisb@houstoncriminaldefenseattorneyspllc.com

**Respectfully submitted**,

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

*/s/ Liesel Roscher*

Liesel Roscher
Assistant United States Attorney