**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | **4:26-cr-133** |
| **VS.** | § § | **CRIMINAL NO._____** |
| **SANTOS GUERRERO** | § § | |

## ORDER FOR ISSUANCE OF SUMMONS

A CRIMINAL INFORMATION has been filed against the defendant who is not in custody.

It is ORDERED that a summons be issued for the appearance of said defendant in the Southern District of Texas – Houston Division, on __March 31_, 2026, at ___10___:00 A.M.   Upon appearance, a judicial determination shall be made as to conditions of release.

The United States Government recommends to the court the following conditions of release.  Appearance Bond in the Amount $10,000.00, unsecured.  The Government also recommends standard conditions such as no further violations of laws, no firearms, and no international travel.

It is further ORDERED that the SUMMONS issued for the appearance of said defendant is to be served through the defendant's attorney at the following address:

**Luis Baez
Houston Criminal Defense Attorneys PLLC
310 Main, Ste 201
Houston, Texas 77002
713-304-9166**
luisb@houstoncriminaldefenseattorneyspllc.com

SIGNED at Houston, Texas, on   March 12, 2026.

_____
UNITED STATES MAGISTRATE JUDGE