IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA )
)
VS. )     Criminal Case No.  4:26-cr-00133
)
SANTOS GUERRERO )
)
*Defendant* )

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT, THE CLERK OF COURT, AND ALL PARTIES OF RECORD:

I, LUIS STEPHEN BAEZ, AM ADMITTED OR OTHERWISE AUTHORIZED TO PRACTICE IN THIS THIS COURT, AND I APPEAR AS CONSEL FOR SANTOS GUERRERO.

Respectfully submitted,


 /s/Luis Baez
**LUIS BAEZ**
THE LAW OFFICE OF LUIS BAEZ, PLLC
State Bar No. 24086192
700 LOUISIANA ST., STE. 3950
Houston, Texas 77002
Phone: 713-817-3644
luis@thebaezfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of the above foregoing document was emailed to counsel for the government and all other counsel of record in this case via the ECF system upon the filing of same on the date it was filed, March 13th, 2026.

/s/Luis Baez
LUIS BAEZ