AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED

UNITED STATES MARSHAL

2026 MAR 13 PM 4:49

SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:26-cr-00133-1 |
| | § | |
| Santos Guerrero | § | **United States Courts**<br>**Southern District of Texas**<br>**FILED** |

C/o Luis Baez 310 Main Ste 201 Houston, TX 77002

MAR 18 2026

## SUMMONS IN A CRIMINAL CASE

Nathan Ochsner, Clerk of Court

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☒ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation    ☐ Pretrial Release Violation    ☐ Supervised Release Violation    ☐ Violation Notice    ☐ Order of the Court

Place:
United States District Court
515 Rusk Street
Houston, TX 77002

Location: Courtroom 703
Date and Time: 3/31/2026 at 10:00 AM

This offense is briefly described as follows:
**Ct 1 VIOLATION OF THE BALD AND GOLDEN EAGLE PROTECTION ACT 16 USC 668(a)**

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: March 12, 2026

_____
Issuing officer's signature
G. Kelner, Deputy Clerk

I declare under penalty of perjury that I have:

☒ Executed and returned this summons.

Date: 3/16/26

☐ Returned this summons unexecuted.

_____
Server's signature

Jason Gullingwrd DUSM
*Printed name and title*

RECEIVED
UNITED STATES MARSHAL

2026 MAR 13 PM 4:49

SOUTHERN DIST. S/TX

United States Courts
Southern District of Texas
FILED

*March 12, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| SANTOS GUERRERO | § | **4:26-cr-133** |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE
**(Bald and Golden Eagle Protection Act – 16 U.S.C. § 668(a))**

On or about October 11, 2024, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

SANTOS GUERRERO,

without being permitted to do so, did knowingly and with wanton disregard for the consequences of his actions, take, possess, and transport, a bald eagle, commonly known as the American eagle, that is by shooting, wounding, and killing.

In violation of Title 16, United States Code, Section 668(a).

NOTICE OF FORFEITURE

Pursuant to Title 16, United States Code, Section 668b(b) and Title 28, United States Code, Section 2461(c), as a result of the commission of a violation of Title 18, United States Code, Section 668 alleged in Count One of the Information, notice is given to the defendant,

SANTOS GUERRERO,

that all firearms, ammunition, bald eagles, or parts, involved in or used in the

commission of such violations are subject to forfeiture.

JOHN G. E. MARCK
ACTING UNITED STATES ATTORNEY

By: _____
LIESEL ROSCHER
Assistant United States Attorney

RECEIVED
UNITED STATES MARSHAL

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

2026 MAR 13 PM 4:49

SOUTHERN DIST. S/TX

**4:26-cr-133**

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO._____ |
| | § | |
| SANTOS GUERRERO | § | |

## ORDER FOR ISSUANCE OF SUMMONS

A CRIMINAL INFORMATION has been filed against the defendant who is not in custody.

It is ORDERED that a summons be issued for the appearance of said defendant in the Southern District of Texas – Houston Division, on __March 31_, 2026, at __10__:00 A.M. Upon appearance, a judicial determination shall be made as to conditions of release.

The United States Government recommends to the court the following conditions of release. Appearance Bond in the Amount $10,000.00, unsecured. The Government also recommends standard conditions such as no further violations of laws, no firearms, and no international travel.

It is further ORDERED that the SUMMONS issued for the appearance of said defendant is to be served through the defendant's attorney at the following address:

Luis Baez
Houston Criminal Defense Attorneys PLLC
310 Main, Ste 201
Houston, Texas 77002
713-304-9166
luisb@houstoncriminaldefenseattorneyspllc.com

SIGNED at Houston, Texas, on  March 12, 2026.

_Dena Palermo_
UNITED STATES MAGISTRATE JUDGE

AO257
(USAO Rev. 6/99) **4:26-cr-133** Marshal's Office/Clerk's Office | PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ Complaint ☒ Information ☐ Indictment

RECEIVED UNITED STATES MARSHAL

2026 MAR 13 PM 4:49

SOUTHERN DIST. S/TX

**DEFENDANT - U.S. vs.**

SANTOS GUERRERO

United States Courts
Southern District of Texas

| Name of District Court, and/or Judge/Magistrate Location (City) | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF TEXAS**<br>**HOUSTON DIVISION** | Address 20748 Canterbury Road<br>Porter, Texas 77365 |

**FILED**

*March 12, 2026*

Nathan Ochsner, Clerk of Court

| Name and Office of Person Furnishing Information on THIS FORM | John G.E. Marck, Acting USA | Birth Date | 05/19/1983 | ☒ Male ☐ Alien<br>☐ Female (if applicable) |
|---|---|---|---|---|
| | ☑ U.S. Att'y ☐ Other U.S. Agency | | | |
| Name of Asst. U.S. Att'y (if assigned) | Liesel Roscher | Social Security Number | | |

| Proceeding | Defendant |
|---|---|

**Proceeding**

Name of Complainant Agency, or Person (& Title, if any)

FWS Kevin Seiler

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to pending case involving this same defendant

MAG. JUDGE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Place of offense | Southern District of Texas

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**Defendant**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY**

---

**OFFENSE CHARGED - U.S.C. CITATION -STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Ct. 1: Violation of the Bald and Golden Eagle Protection Act [16 U.S.C. § 668(a)]

**Penalties**

Ct. 1:Not more than 1 year of imprisonment and or a fine up to $100,000, and not more than 1 year SRT, $25 SA

AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED
UNITED STATES MARSHAL

2026 MAR 13 PM 4:49

SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:26—cr—00133—1 |
| | § | |
| Santos Guerrero | § | |

C/o Luis Baez 310 Main Ste 201 Houston, TX 77002

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☒ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation    ☐ Pretrial Release Violation    ☐ Supervised Release Violation    ☐ Violation Notice    ☐ Order of the Court

Place:
United States District Court
515 Rusk Street
Houston, TX 77002

Location: Courtroom 703
Date and Time: 3/31/2026 at 10:00 AM

This offense is briefly described as follows:
**Ct 1 VIOLATION OF THE BALD AND GOLDEN EAGLE PROTECTION ACT 16 USC 668(a)**

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: March 12, 2026

_____
*Issuing officer's signature*
G. Kelner, Deputy Clerk

I declare under penalty of perjury that I have:

☐ Executed and returned this summons.

☐ Returned this summons unexecuted.

Date:_____

_____
*Server's signature*

_____
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 4:26-cr-00133

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

_____

Usual place of abode *(if different from residence address)*: _____

_____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of

process: _____

_____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the

United States: _____

_____

## PROOF OF SERVICE

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant *(name)* _____

at *(place)* _____ on *(date)* _____; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode

with *(name)* _____, a person of suitable age and discretion who resides there,

and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____,

who is authorized to receive service of process on behalf of *(name of organization)*

_____ on *(date)* _____ and I mailed a copy to the organizations's

last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

_____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Issuing officer's signature*

_____
*Printed Name and title*

Remarks:

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 4:26–cr–00133

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

_____

Usual place of abode *(if different from residence address)*: _____

_____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of

process: _____

_____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the

United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant *(name)* _____

at *(place)* _____ on *(date)* _____; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode

with *(name)* _____, a person of suitable age and discretion who resides there,

and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____,

who is authorized to receive service of process on behalf of *(name of organization)*

_____ on *(date)* _____ and I mailed a copy to the organizations's

last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

_____

_____

I declare under penalty of perjury that this information is true.

Date: _____                   _____
                                                                              *Issuing officer's signature*


                                                                    _____
                                                                              *Printed Name and title*

Remarks: